PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John William Thayer**

**Docket No. 0:01CR00306-001(DWF)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John William Thayer** who was sentenced for Possession With Intent to Distribute Cocaine on September 20, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No new crimes
- Abide by standard conditions of supervised release
- No firearms, destructive devices, or other dangerous weapons
- Drug aftercare
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from the use of a controlled substance.

Urine samples submitted by Mr. Thayer on February 11, 2005; March 4, 2005; and March 18, 2005, tested positive for cocaine and were confirmed by laboratory analysis. A urine sample submitted by Mr. Thayer on June 11, 2005, screened positive for cocaine. The sample was sent to the lab for confirmation.

STANDARD CONDITION #5: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. In addition, the defendant is to make a good-faith effort to find and work with an AA sponsor.

Mr. Thayer failed to report for scheduled drug tests on November 22, 2004; December 6, 2004; January 3, 2005; and March 14, 2005.

FILED JUN 15 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 18th day of June, 2005, and ordered filed and made a part of the records ~~in the above~~ case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on June 14, 2005
Place Minneapolis