PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John William Thayer**

**Docket No. 0:01CR00306-001(DWF)**

**Amended Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John William Thayer** who was sentenced for Possession With Intent to Distribute Cocaine on September 20, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No new crimes
- Abide by standard conditions of supervised release
- No firearms, destructive devices, or other dangerous weapons
- Drug aftercare
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from the use of a controlled substance.

Urine samples submitted by Mr. Thayer on February 11, 2005; March 4, 2005; and March 18, 2005, tested positive for cocaine and were confirmed by laboratory analysis. A urine sample submitted by Mr. Thayer on June 11, 2005, screened positive for cocaine. The sample was sent to the lab for confirmation. **On June 27, 2005, Mr. Thayer admitted to this officer that he had used cocaine approximately five days prior to the June 11, 2005, drug test. A urine sample provided by Mr. Thayer on June 27, 2005, screened positive for cocaine. Mr. Thayer admitted he had used cocaine in the days prior to the drug test.**

STANDARD CONDITION #5: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. In addition, the defendant is to make a good-faith effort to find and work with an AA sponsor.

Mr. Thayer failed to report for scheduled drug tests on November 22, 2004; December 6, 2004; January 3, 2005; and March 14, 2005.

SCANNED
JUN 28 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That the Petition dated June 14, 2005, be amended by the addition of the violation noted herein.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 28th day of June, 2005, and ordered filed and made a part of the ~~records~~ in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on June 28, 2005
Place Minneapolis