AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-306 DWF/AJB

John William Thayer

John William Thayer

RECEIVED
JUN 30 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
JUN 17 1 06 PM '05
US MARSHALS SERVICE
MPLS., MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 9W (Ninth Floor)**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Franklin L. Noel**

On: **Wednesday, July 6, 2005, at 11:30 a.m.**

To answer a(n) Petition and Order.

Brief description of offense:

Supervised Release Violation

Leah E. Gilgenbach, Deputy Clerk

Dated: June 16, 2005

SCANNED
JUN 30 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Dep. S. Mason Date: 6-23-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: Attorney Dan Scott

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6-23-05
Date

Al Garber
Name of United States Marshal

S Mason
(by) Deputy United States Marshal

Remarks: Attempted Service on: 6-20-5
6-21-5
6-23-5
as well as telephone Calls and notices left.
Defendant requestes summons be given to Dan Scott.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure