**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 01-306-01 DWF/AJB |
| v. | ) | Date: July 6, 2005 |
| | ) | Court Reporter: |
| **John William Thayer** | ) | Tape Number: |
| | ) | Time Commenced: 11:40 a.m. |
| | ) | Time Concluded: 11:50 a.m. |
| Defendant. | | Time in Court: 10 Minutes |

## APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Scott Tilsen
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language:
Date Charges Filed: 6/15/05 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**
Next appearance date is **to be notified** before Judge Frank for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ final revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/*Cathy Orlando*
Judicial Assistant