UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-306(1)(DWF)

UNITED STATES OF AMERICA, Plaintiff,

v.

JOHN WILLIAM THAYER, Defendant.

REASSIGNMENT OF CRIMINAL CASE

The following criminal case has been reassigned as follows:

Criminal No.

01-306(1)(DWF)

Defendant Name

John William Thayer

Remove AUSA

Joseph T. Walbran

Add AUSA

James E. Lackner

Dated: July 20, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph T. Walbran
BY: JOSEPH T. WALBRAN
Assistant U.S. Attorney
Attorney ID No. 113700