# United States District Court
**District of Minnesota**

UNITED STATES OF AMERICA
v.
**JOHN WILLIAM THAYER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-306(01)(DWF/AJB)**
USM Number: **03132-041**
Social Security Number: **1940**
Date of Birth: **1956**

**Dan Scott, Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | Urine samples submitted tested positive for use of cocaine. | 6/11/05 |
| Standard Condition | Failed to report for scheduled drug tests | 3/14/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JULY 27, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**JULY 27, 2005**
Date

DEFENDANT: JOHN WILLIAM THAYER
CASE NUMBER: 01-306(01)(DWF/AJB)

# SUPERVISED RELEASE

**The defendant shall remain on supervised release under same condition previously imposed with one addition.**

**The defendant shall serve 30 days in a community corrections center.**

**Court Recommends:**

1. **The defendant serve his 30 days at the Anoka County Work Release Center or Volunteers of America.**
2. **The defendant be placed on work release.**
3. **The defendant be released to attend the drug programs he is presently enrolled in and released to attend his narcotics anonymous meetings.**