PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John William Thayer**

**Docket No. 0:01CR00306-001-DWF**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John William Thayer** who was sentenced for Distribution of Cocaine on September 20, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No new crimes
- Abide by standard conditions of supervised release
- No firearms, destructive devices, or other dangerous weapons
- Drug aftercare
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On September 6, 2005, Mr. Thayer failed to report for a scheduled drug test.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 28th day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on September 27, 2005
Place Minneapolis

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission