Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. John William Thayer

Docket No. 0:01CR00306-001(DWF)

**HEARING WAIVER**

I, John William Thayer, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: John Thayer
John William Thayer
Supervised Releasee

Dated: 09-26-05

Witness: John Rayman
John Rayman
Senior U.S. Probation Officer

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS