UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-306(DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| JOHN WILLIAM THAYER, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-306(DWF)

<u>Defendant Name</u>

John William Thayer

<u>Remove AUSA</u>

James E. Lackner
Joseph T. Walbran
Paul A. Murphy
Susan N. Burke

<u>Add AUSA</u>

Michelle E. Jones

Dated: April 26, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney