PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John William Thayer**

**Docket No. 0:01CR00306-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John William Thayer** who was sentenced for Possession With Intent to Distribute Cocaine on September 20, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- Alcohol treatment
- Alcohol restrictions
- 30 days in a community corrections center (Modified on July 27, 2005)
- 16 hours of community service (Modified September 27, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from the use of a controlled substance.

On April 19, 2006, Mr. Thayer provided a urine sample which tested positive for cocaine. Mr. Thayer has admitted to using said substance.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 26 day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on April 24, 2006
Place St. Paul

SCANNED
APR 27 2006
U.S. DISTRICT COURT ST. PAUL