AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2006 APR 27 P 3: 14

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED U.S. MARSHAL

v.

Case Number: CR 01-306(1) DWF

John William Thayer

RECEIVED
MAY 05 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 APR 28 A 9: 48

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E, Eighth Floor**
**U.S. Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Arthur J. Boylan**

On: **May 10, 2006 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Supervised Release Violation

Mary Kay Furchner, Deputy Clerk

Dated: April 27, 2006

SCANNED
MAY 08 2006
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 5/3/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ________________

☐ Returned unexecuted: ________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/3/06
Date

AL GARBER
Name of United States Marshal

N Schmidt
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure