# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

John William Thayer,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-306(1) DWF/AJB

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Daniel M. Scott, Attorney ID No. 98395, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: May 10, 2006

*s/Katherian D. Roe*

KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858