**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-306(1) DWF |
| | ) | Date: 5/10/06 |
| JOHN WILLIAM THAYER, | ) | Court Reporter: None |
| | ) | Tape Number: 2006- |
| Defendant. | ) | Time Commenced: 1:47 p.m. |
| | | Time Concluded: 1:49 p.m. |
| | | Time in Court: 2 Minutes |

## APPEARANCES:

**Plaintiff:** John Docherty
Assistant U.S. Attorney

**Defendant:** Dan Scott

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 4/26/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ **Defendant is released. Bond conditions remain the same as previously imposed.**

Next appearance date is May 19, 2006 at 2:00 p.m., in St. Paul Courtroom 1, before Judge Donovan W. Frank for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ final revocation

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Kathy Thobe

Signature of Judicial Assistant