# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOHN WILLIAM THAYER,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 01-306(01)(DWF/AJB)
Date: June 16, 2006
Court Reporter: JEANNE ANDERSON
Time Commenced: 2:00
Time Concluded: 3:00
Time in Court: 1 Hour & Minutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

APPEARANCES:

For Plaintiff: MICHELLE JONES
For Defendant: DAN SCOTT ☐ FPD ☐ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☒ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ **Supervision continued with changes - Defendant shall served 4 months in a halfway house. That 4 month sentence to begin not later than September 1, 2006. Defendant to have work release while at the halfway house at the direction of the probation office. Attend not less than 2 days a week NA or AA meetings. Continue working with a sponsor. Remain drug free.**
☐ Report on Offender Under Supervision is granted or denied.

s/Lowell Lindquist
Deputy Clerk

M:\templates\Plea.wpt Form Modified: 2/12/04