# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**JOHN WILLIAM THAYER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-306(01)(DWF/AJB)**
USM Number: **03132-041**
Social Security Number: **1940**
Date of Birth: **1956**

**Dan Scott**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Urine samples submitted tested positive for use of cocaine. | 6/11/05 |
| Standard Condition | Failed to report for scheduled drug tests | 3/14/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JUNE 16, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**June 18, 2006**
Date

DEFENDANT: JOHN WILLIAM THAYER
CASE NUMBER: 01-306(01)(DWF/AJB)

## SUPERVISED RELEASE

**The defendant shall remain on supervised release under same condition previously imposed with additions.**

1. **The defendant shall serve 4 months in a halfway house. That time to begin no later than September 1, 2006.**
2. **While at the halfway house the defendant be placed on work release at the direction of the probation officer.**
3. **The defendant attend not less that 2 of his narcotics anonymous or alcoholic anonymous meetings per week.**
4. **The defendant continue to work with his sponsor.**
5. **The defendant remain drug free.**