AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Released to Probation 6/16/06

# United States District Court
**District of Minnesota**

2006 JUN 20 P 2: 11

UNITED STATES OF AMERICA
v.
**JOHN WILLIAM THAYER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-306(01)(DWF/AJB)**
USM Number: **03132-041**
Social Security Number: **1940**
Date of Birth: **1956**

**Dan Scott**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Urine samples submitted tested positive for use of cocaine. | 6/11/05 |
| Standard Condition | Failed to report for scheduled drug tests | 3/14/05 |

RECEIVED 06 JUL 17 AM 11:36 CLERK U.S. DIST COURT MINNEAPOLIS

**The defendant is sentenced as provided in pages 2 through 2 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**JUNE 16, 2006**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**June 18, 2006**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 6/19/06 in the United States District Court for the District of Minnesota.
CERTIFIED, JUNE 20 2006
RICHARD D. SLETTEN
BY: ________
Deputy Clerk

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 3 - Supervised Release

DEFENDANT: JOHN WILLIAM THAYER
CASE NUMBER: 01-306(01)(DWF/AJB)

## SUPERVISED RELEASE

**The defendant shall remain on supervised release under same condition previously imposed with additions.**

1. **The defendant shall serve 4 months in a halfway house. That time to begin no later than September 1, 2006.**
2. **While at the halfway house the defendant be placed on work release at the direction of the probation officer.**
3. **The defendant attend not less that 2 of his narcotics anonymous or alcoholic anonymous meetings per week.**
4. **The defendant continue to work with his sponsor.**
5. **The defendant remain drug free.**